UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE VIGIL,<br><br>        Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION, et al.,<br><br>        Defendants. | Case No. 22-cv-00693-HSG<br><br>**SCHEDULING ORDER** |

The parties have filed a stipulation and proposed order setting deadlines for notice and final approval of this class action settlement. Dkt. No. 49. Having considered the parties' proposal, the Court **SETS** the following deadlines:

| Event | Deadline |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | November 3, 2023 |
| Filing deadline for attorneys' fees and costs motion | November 3, 2023 |
| Filing deadline for incentive payment motion | November 3, 2023 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment, at least 45 days after the filing of the motion for attorneys' fees and incentive payments | December 18, 2023 |
| Filing deadline for final approval motion | January 17, 2024 |
| Final fairness hearing and hearing on motions | February 22, 2024, at 2:00 p.m. |

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/18/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2