**JAMES HAWKINS APLC**
James R. Hawkins (SBN 192925)
James@jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
Christina@jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
mitchell@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff JOE VIGIL,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE VIGIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HYATT CORPORATION, a Delaware corporation, GRAND HYATT S.F., LLC, a Delaware limited liability company, doing business as GRAND HYATT SAN FRANCISCO, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:22-cv-00693-HSG<br>Judge: Haywood S. Gilliam, Jr.<br><br>**PLAINTIFF JOE VIGIL'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF JOINT STIPULATION OF CLASS ACTION SETTLEMENT AND RELEASE OF CLAIMS**<br><br>Date:  February 22, 2024<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br><br>Action Filed:     November 2, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 22, 2024, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Haywood S. Gilliam, Jr., in Courtroom 2, 4th Floor, of the United States District Court, Northern District of California, at the Ronald V. Dellums Federal Building & United States Courthouse, located at 1301 Clay Street, Oakland, California 94612, Plaintiff Joe Vigil ("Plaintiff"), on behalf of himself and the Class, and all others similarly situated, move the Court for Final Approval of the Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement") [Dkt. # 44-2-1]. Specifically, Plaintiff moves for an order:

(1) Appointing Plaintiff Joe Vigil as Class Representative for settlement purposes;

(2) Appointing James Hawkins, APLC as Class Counsel for settlement purposes;

(3) Appointing Phoenix Settlement Administrators (PSA) as Settlement Administrator;

(4) Granting Final Approval of the Settlement as fair and reasonable under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement; the amount of distributions to class members; the settlement administration costs; and the amounts allocated to the enhancement payments and attorney's fees and costs;

(5) Certifying the Class for settlement purposes

(6) Finding that Class Members were given adequate notice of the Settlement and, in a reasonable manner, advised of their right to participate in the Settlement, file a claim, object to the Settlement, or exclude themselves from the Settlement;

(7) Directing the clerk of the Court to enter the Order as a Final Judgment; and reserving continuing jurisdiction over the Parties, without affecting the

1  finality of the Final Judgment, for purposes of implementing, enforcing,
2  and administering the Settlement or terms of the Final Judgment; and
3  (8) Reserving continuing jurisdiction over the Parties, without affecting the
4  finality of the Final Judgment, for purposes of implementing, enforcing,
5  and administering the Settlement or terms of the Final Judgment.

The basis for this Motion, filed without any opposition from Defendants Hyatt Corporation and Grand Hyatt S.F., LLC ("Hyatt" or "Defendants"), is that the proposed settlement is fair, adequate, and reasonable, and the procedures carried out by the Settlement Administrator and the Parties were adequate to ensure the opportunity of class members to participate in, opt-out of, or object to the settlement.

Plaintiff's motion is based on this Notice; the Memorandum of Points and Authorities; the Declaration of James R. Hawkins in support of Final Approval; the Joint Stipulation of Class Action Settlement and Release of Claims [Dkt. # 44-2-1]; the Court's Order Granting Preliminary Approval [Dkt. # 48]; the Declaration of James R. Hawkins submitted in support of Preliminary Approval [Dkt. # 44-2]; the Declaration of Plaintiff Joe Vigil submitted in support of Motion for Award of Attorneys' Fees and Costs and Class Representative Enhancement Payment [Dkt. # 51-3]; the Declaration of James R. Hawkins In Support of Motion for Award of Attorneys' Fees and Costs, and Class Representative Incentive Payment [Dkt. # 51-2]; and all other records, pleadings, and papers on file in this action and such other evidence or argument as may be presented to the Court at the hearing on this Motion. Plaintiff also submits a Proposed Order Granting Final Approval of Joint Stipulation of Class Action Settlement and Release of Claims with his moving papers.

///
///
///

1  Plaintiff previously filed a Motion for Award of Attorneys' Fees and
2  Costs, and Class Representative Incentive Payment under Rule 23(h) [Dkt. No.
3  51] on November 3, 2023, which is set to be concurrently heard with this Motion.

Respectfully submitted,

**JAMES HAWKINS APLC**

DATED: January 17, 2024        By: */s/ Christina M. Lucio*
                                   James R. Hawkins
                                   Christina M. Lucio
                                   Mitchell J. Murray

                                   Attorneys for Plaintiff and the
                                   Settlement Class

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Northern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: January 17, 2024            */s/ Christina M. Lucio*
                                    Christina M. Lucio