UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE VIGIL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HYATT CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 22-cv-00693-HSG<br><br>**JUDGMENT** |

Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order Granting Motion for Final Approval and Granting in Part and Denying in Part Motion For Attorneys' Fees. Dkt. No. 58 ("Final Order").  Accordingly, Plaintiff Joe Vigil and the Settlement Class Members who did not timely submit a request for exclusion from the settlement are permanently enjoined from pursuing or seeking to reopen claims that have been released by the Settlement Agreement and Final Order.  All Settlement Class Members, regardless of whether they filed a request for exclusion, are also permanently enjoined from pursuing or seeking to reopen the PAGA claims encompassed by the Settlement Agreement and Final Order.  Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment.  The Clerk is further directed to close this case.

**IT IS SO ORDERED.**

Dated:   5/31/2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge