1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10
11 | JOE VIGIL, individually and on behalf of all others similarly situated,
12 |
   | Plaintiff,
13 |
14 | vs.
15 | HYATT CORPORATION, a Delaware corporation, GRAND
16 | HYATT S.F., LLC, a Delaware limited liability company, doing
17 | business as GRAND HYATT SAN FRANCISCO, and DOES 1-50,
18 | inclusive,
19 | Defendants.

Case No. 4:22-cv-00693-HSG
Judge: Haywood S. Gilliam, Jr.

**ORDER RELEASING REMAINDER OF ATTORNEYS' FEES**

On May 13, 2024 the Court granted final approval in part of Plaintiff's Motion for Final Approval of Class and Representative Action Settlement. Dkt. 58. The Court ordered the Phoenix Settlement Administrators ("Settlement Administrator") to withhold $18,125.00 (10% of the approved attorneys' fees of $181,250.00) until the Court completed its post-distribution accounting and ordered the funds released.

In support of the post-distribution accounting, Plaintiff submitted declarations from James R. Hawkins and Paul A. Brown of James Hawkins APLC, and declarations from Kevin Lee on behalf of the Settlement Administrator. Dkt. 61, 62, 64, 65.

Having reviewed the papers and documents presented, the Court hereby ORDERS as follows:

The Court releases to Plaintiff's Counsel the remaining attorneys' fees withheld by Phoenix Settlement Administrators of $18,125.00 (10% of the approved attorneys' fees of $181,250.00).

**IT IS SO ORDERED.**

Dated: February 4, 2025

The Honorable Haywood S. Gilliam, Jr.
United States District Judge